UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAYSON KRIEN,
THOMAS MARSH, and
RALPH MILLER,

    Plaintiffs,
v.                                                  Case No. 8:23-cv-1563-WFJ-TGW

HONEYWELL INTERNATIONAL, INC.,

    Defendant.
_____/

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Transfer (Dkt. 20), the Court concludes the motion is due to be granted pursuant to 28 U.S.C. §§ 1404(a)–(b) and 1406(a).

First, venue is proper in the Western District of North Carolina. The alleged unlawful employment practice was committed there, and the relevant employment records are alleged to be maintained there. *See* 42 U.S.C. § 2000e-5(f)(3) (venue proper in judicial district where "the unlawful employment practice is alleged to have been committed," "the employment records relevant to such practice are maintained and administered," or "the aggrieved person would have worked but for the unlawful employment practice"). Moreover, Plaintiffs could have brought

their claims in the Western District in the first instance. Additionally, Plaintiffs now consent to this transfer.

Second, after weighing the various factors, including convenience of the witnesses, the location of relevant documents, and the locus of operative facts, the Court finds the interests of justice will best be served by transfer. *See Thursday LLC v. Klhip Inc.*, 8:17-cv-1587-CEH-AEP, 2018 WL 4574877, at *2 (M.D. Fla. July 11, 2018) (citing *Manuel v. Convergys Corp.*, 430 F.3d 1135 n.1 (11th Cir. 2005), which lists the factors to be considered, and noting that "there is no single dispositive factor").

Accordingly, the motion (Dkt. 20) is granted. This case is **TRANSFERRED** to the United States District Court, Western District of North Carolina. The Clerk shall immediately forward this case to the Western District of North Carolina and complete the transfer and thereafter close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 29, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record